**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
                              )
ROGELIO ACOSTA,               )
                              )
              Plaintiff,      )
                              )
    v.                        )    Civil Action No. 08-1318 (JR)
                              )
DONALD C. WINTER,             )
Secretary of the Navy,        )
                              )
              Defendant.      )
                              )
```

**MEMORANDUM OPINION**

This matter is before the Court on defendant's motion to dismiss.

Plaintiff is a former employee of the United States Navy at Subic Bay, Philippines, whose formal employment discrimination claim was dismissed on the ground that he failed to state a claim of reprisal because he is an alien to whom Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, does not apply. *See* Compl., Attach. (November 5, 2007 Notice of Dismissal, DON 07-61581-02250) at 1-2. He alleges that he is a dual citizen of the Philippines and of the United States because he was born in 1938 in the Philippine Islands when the Philippine Islands were a United States territory. Compl. at 6. In this action, plaintiff asks the Court to "confirm[] [his] having been born a US citizen" such that the United States Navy "allow[s] [him] to have access

1

under [Title VII]."  *Id.* at 7.

In *Licudine v. Winter*, 603 F. Supp. 2d 129 (D.D.C. 2009), this Court held that a person who, like plaintiff, was born in the Philippine Islands when the Philippines was a United States territory is neither a citizen nor a national of United States citizen.  *Id.* at 135-36.  Such a person, then, is an alien to whom Title VII does not apply.  *Id.*

The Court will grant defendant's motion to dismiss.  An Order accompanies this Memorandum Opinion.

JAMES ROBERTSON
United States District Judge

2